# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PHILLIP C.,[1]

Plaintiff,

v.

FRANK J. BISIGNANO,
Commissioner of Social Security,

Defendant.

Case No. 2:25-CV-4793-RAO

**JUDGMENT**

In accordance with the Court's Order Affirming the Commissioner's Decision filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is **AFFIRMED**.

DATED: August 18, 2026

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.